# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA

## CASE NO.: 14-1150

CENTER FOR REGULATORY REASONABLENESS,

Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

Petition for Review of Respondent Promulgations and Approvals
of Effluent Limitations and Other Limitations

# MOTION BY THE ASSOCIATIONOF ENVIRONMENTAL AUTHORITIES OF NEW JERSEY TO EXTEND TIME IN WHICH TO FILE AN AMICUS BRIEF

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, counsel for the amicus curiae certifies the following: The Association of Environmental Authorities of New Jersey ("AEANJ") is an association of New Jersey public water, wastewater, solid waste and recycling service providers, primarily utilities authorities, municipal utilities departments and vendors in the public utility sector dedicated to utility management, long-range planning, leadership and public policy.

The AEANJ is a not-for-profit corporation. It does not have a parent corporation, it has not issued stock or debt securities to the public, and no publicly held corporation owns ten percent or more of it stock.

## CERTIFICATE AS TO PARTIES

Pursuant to Circuit Rule 27 (a)(4) and 28(a)(1), AEANJ certifies as follows:

Petitioner Center for Regulatory Reasonableness is a coalition of municipal and industrial entities from across the United States.

Respondent is the United States Environmental Protection Agency ("USEPA").

No amici other than the AEANJ have filed regarding their intent to participate in this appeal.

1

Pursuant to Fed. R. App. P. 26(b) and Circuit Rule 26, the AEANJ respectfully moves this Court to extend the time for filing its brief amicus curiae, and the accompanying motion for leave to appear as an amicus curiae, in this matter.   Counsel for Petitioner consents to this motion. Counsel for the Respondent does not consent to this motion.

In further support hereof, counsel states:

1.     This matter involves a direct appeal by Center for Regulatory Reasonableness ("Petitioner"), seeking, inter alia, review of promulgations and approvals of effluent limitations imposed by the United States Environmental Protection Agency ("EPA").

2.     The principal brief of Petitioner was filed on October 26, 2015. Pursuant to Fed. R. App. P. 29(e), an amicus brief in support of Petitioner, or in support of neither party, would be due no later than November 2, 2015.

3.     AEANJ has just received notice of the Petition and evaluated whether to participate in this appeal as amicus curiae.  It has determined that AEANJ and its members have an interest in matter as determination of this matter affects allowable design and operation of publicly owned waste water treatment plants in New Jersey, compliance reporting requirements

for those entities, planning for municipal separate storm sewer system ("MS4") compliance, and combined sewer overflow ("CSO") long term control planning remedial measures, pursuant to both the federal Clean Water Act of 1972 (33 U.S.C. §1251 et seq.) and the New Jersey Water Pollution Control Act, (N.J.S.A. 58:10A-1 et seq.) and rules and regulations promulgated pursuant to those acts. Determination of this matter will determine whether New Jersey communities are regulated more restrictively than those located within the jurisdiction of the United States Court of Appeals for the 8th Circuit. AEANJ would like to develop additional facts and arguments for the Court's consideration, but will be unable to do so by November 2, 2015.

4.    As of October 29, 2015, counsel for AEANJ were neither members of the bar of this Court, nor registered for CM/ECF filings in this Circuit.  Accordingly, this Motion is being filed pursuant to the second exception contemplated by Fed. R. Civ. P. 46 and Circuit Rule 46.

5.    Counsel are in the process of applying for membership in the bar of this Court and amending their appellate CM/ECF registrations to add this Circuit.

6.    Accordingly, AEANJ hereby requests that this Court extend the time for filing its amicus curiae brief, as well as an accompanying motion for

3

leave to appear as amicus curiae, for a period of 45 days to December 17, 2015.

Respectfully submitted,

MICHAEL D. WITT, ESQ.

Attorney for Amicus Curiae
AEANJ

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2015, I filed and served the foregoing motion on counsel of record through this Court's CM/ECF system.

MICHAEL D. WITT, ESQ.

Attorney for Amicus Curiae
AEANJ

4