# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-1150**                                    **September Term, 2015**

**EPA-04/02/14 Letter**
**EPA-06/18/14 Letter**

**Filed On: November 13, 2015** [1583493]

Center for Regulatory Reasonableness,

   Petitioner

  v.

Environmental Protection Agency,

   Respondent

## O R D E R

Upon consideration of the motion of the National Association of Clean Water Agencies for leave to file amicus brief, it is

**ORDERED** that the motion be granted.  The Clerk is directed to file the lodged amicus brief.


        **FOR THE COURT:**
        Mark J. Langer, Clerk

     BY: /s/
        Mark A. Butler
        Deputy Clerk